# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | VASUDHA TALLA<br><br>ERIC ABRAMS<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>SARA LUZ ESTELA<br>ANDREW K. JONDAHL<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

June 15, 2023

**By ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: *Lynda Cutbill v. Cold Spring Harbor Central School District et al.*,
       No. 21 Civ. 3326 (BMC) / *Susan Rule Sandler v. Cold Spring Harbor*
       *Central School District et al.*, No. 21 Civ. 3327 (BMC)

Dear Judge Tiscione,

  This firm, along with co-counsel Andrew Shubin, represents Plaintiffs in the above-captioned matters. We write, jointly with Defendants, to inform the Court that the parties have reached a settlement with a private mediator in the case *Lynda Cutbill v. Cold Spring Harbor Central School District et. al.*, and are preparing a settlement agreement and release.

  Mediation in the case *Susan Rule Sandler v. Cold Spring Harbor Central School District et. al.*, is scheduled for June 22, 2023. The parties will update the Court after that mediation.

            Respectfully submitted,

            ***/s/ Debra L. Greenberger***
            Debra L. Greenberger
            Sana Mayat
            EMERY CELLI BRINCKERHOFF
            ABADY WARD & MAAZEL LLP
            600 Fifth Ave., 10th Floor
            New York, NY 10020
            (212) 763-5000

dgreenberger@ecbawm.com
smayat@ecbawm.com

Andrew Shubin**
SHUBIN LAW
310 South Burrowes Street
State College, PA 16801
(814) 867- 3115
shubin@shubinlaw.com

*Attorneys for Plaintiffs Cutbill and Sandler*

Patrick Geraghty
Robert W. Berbenich
Wilson Elser Moskowitz
Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

*Attorneys for Defendants*

**admitted pro hac vice*

cc.	All counsel of record, by ECF